

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *ALINA HABBA* | *CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE* | 856/757-5026 |
| *Acting United States Attorney* | *401 Market Street, 4th Floor* | *Fax: 856/968-4917* |
| | *Post Office Box 2098* | *Direct Dial: 856/968-4869* |
| *JASON M. RICHARDSON* | *Camden, New Jersey 08101-2098* | |
| *Assistant United States Attorney* | | |

December 4, 2025

**Via email criminalinfo@njd.uscourts.gov**
Melissa E. Rhoads, Esquire
Clerk of the Court
United States District Court
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza, 4th and Cooper Streets
Camden, New Jersey 08101

     ATTN:     Marcy Plye

     Re:   <u>United States v. William Brent Stephens</u>

Dear Ms. Plye:

     The above-referenced defendant wishes to enter a guilty plea to the enclosed Information charging him with income tax and payroll tax evasion, bankruptcy fraud and false statements. Please accept this letter as a request that the matter be assigned to a District Judge. A copy of the proposed Information and a cover sheet are enclosed.

     Thank you for your attention in this matter.

                      Very truly yours,

                      TODD BLANCHE
                      United States Deputy Attorney General

                      ALINA HABBA
                      Acting United States Attorney and
                      Special Attorney

                      ***S/Jason M. Richardson***
           By:   JASON M. RICHARDSON
                      Assistant U.S. Attorney

Encl.

cc: Martin I. Isenberg, Esquire (via email)